Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−19346−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Evette Skerrett
230 Chestnut Ave.
Woodlyne, NJ 08107

Social Security No.:
xxx−xx−8933

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            7/10/19
Time:            09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 22, 2019
JAN: lgr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Evette Skerrett
        Debtor

Case No. 19-19346-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: May 22, 2019
                     Form ID: 132      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
```
db             +Evette Skerrett,    230 Chestnut Ave.,    Woodlyne, NJ 08107-2104
518242653     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance,    25505 West 12 Mile Road,
                Southfield, MI 48034)
518231868      +Credit Acceptance Corp,   Po Box 513,    Southfield, MI 48037-0513
518241216      +Quicken Loans Inc.,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518231872      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
518231873      +Sears/cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
518231876      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
518231878       Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 00:15:01    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 00:14:56    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518231867      +E-mail/Text: bankruptcy@cavps.com May 23 2019 00:15:19    Cavalry Portfolio Serv,
                500 Summit Lake Drive,    Valhalla, NY 10595-2322
518236874      +E-mail/Text: bankruptcy@cavps.com May 23 2019 00:15:19    Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518231869      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2019 00:29:55
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
518231871      +E-mail/Text: bankruptcyteam@quickenloans.com May 23 2019 00:15:21    Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
518231874      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2019 00:17:33    Syncb/lowes,    Po Box 956005,
                Orlando, FL 32896-0001
518231875      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2019 00:17:10    Syncb/walmart,    Po Box 965024,
                Orlando, FL 32896-5024
518233765      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2019 00:16:46    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518231877      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 23 2019 00:13:58
                Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                            TOTAL: 10
```

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518231870*     +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
```
       Georgette  Miller   on behalf of Debtor Evette  Skerrett  info@georgettemillerlaw.com,
       georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
       tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
       Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
       Kevin Gordon McDonald   on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: May 22, 2019
                             Form ID: 132                Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

TOTAL: 4