UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans

| | |
|---|---|
| In Re: | Case No.: _____19-19346-ABA_____ |
| Evette Skerrett, | Chapter: _____13_____ |
| Debtor. | Hearing Date: ___7/10/2019___ |
| | Judge: _____Altenburg_____ |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: _Secured Creditor's Objection to Confirmation (Docket # 17)_____

_____

Date: _7/3/2019_____          /s/ Denise Carlon_____
                                       Signature

*rev.8/1/15*