Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-19346 (ABA)**

Evette Skerrett  
230 Chestnut Avenue  
Woodlyne, NJ  08107

Monthly Payment: $638.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2020 | $630.00 | 02/04/2020 | $530.00 | 02/05/2020 | $100.00 | 02/28/2020 | $630.00 |
| 04/13/2020 | $630.00 | 05/04/2020 | $630.00 | 06/08/2020 | $630.00 | 07/07/2020 | $630.00 |
| 08/05/2020 | $630.00 | 08/05/2020 | $630.00 | 08/06/2020 | $-630.00 | 09/09/2020 | $630.00 |
| 10/07/2020 | $630.00 | 11/10/2020 | $630.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | EVETTE SKERRETT | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $3,028.90 |
| 1 | CAVALRY SPV I, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORPORATION | 24 | $3,001.28 | $556.04 | $2,445.24 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $997.39 | $0.00 | $997.39 | $0.00 |
| 4 | QUICKEN LOANS, INC. | 24 | $27,085.76 | $5,018.23 | $22,067.53 | $0.00 |
| 5 | REMEX INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,053.87 | $0.00 | $2,053.87 | $0.00 |
| 7 | SYNCB/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAVALRY SPV I, LLC | 33 | $858.72 | $0.00 | $858.72 | $0.00 |
| 9 | THD/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | VERIZON BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | GEORGETTE MILLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $674.84 | $0.00 | $674.84 | $0.00 |
| 16 | QUICKEN LOANS, INC. | 13 | $531.00 | $531.00 | $0.00 | $155.17 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2019 | 4.00 | $0.00 |
| 10/01/2019 | Paid to Date | $2,833.00 |
| 11/01/2019 | 55.00 | $638.00 |
| 06/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,930.00 |
| Total paid to creditors this period: | $3,184.07 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $722.00 |
| Attorney: | GEORGETTE MILLER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**