UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

**CERTIFICATION OF SERVICE**

1. I, _____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____  _____
                                                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors Matrix

**Cavalry Portfolio Serv**
500 Summit Lake Drive
Valhalla, NY 10595

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Credit Acceptance**
25505 West 12 Mile Road
Southfield, MI 48034

**Credit Acceptance Corp**
Po Box 513
Southfield, MI 48037

**Credit Acceptance Corporation**
John R. Morton, Jr.
Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

**Portfolio Recov Assoc**
120 Corporate Blvd Ste 1
Norfolk, VA 23502

**Portfolio Recov Assoc**
120 Corporate Blvd Ste 1
Norfolk, VA 23502

**Portfolio Recovery Associates, LLC**
C/O Capital One Bank (usa), N.a.
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
c/o Wal-mart
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
c/o Sears Card
POB 41067
Norfolk VA 23541

**Quicken Loans**
1050 Woodward Ave
Detroit, MI 48226

**Quicken Loans Inc.**
Kevin G. McDonald, Esquire
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

**Quicken Loans Inc.**
635 Woodward Avenue
Detroit, MI 48226

**Remex Inc**
307 Wall Street
Princeton, NJ 08540

**Sears/cbna**
Po Box 6217
Sioux Falls, SD 57117

**Syncb/lowes**
Po Box 956005
Orlando, FL 32896

**Syncb/walmart**
Po Box 965024
Orlando, FL 32896

**Thd/cbna**
Po Box 6497
Sioux Falls, SD 57117

**Verizon**
500 Technology Dr
Weldon Spring, MO 63304

**Wells Fargo Bank**
Credit Bureau Dispute Resoluti
Des Moines, IA 50306