UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Georgette Miller, Esquire
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, New Jersey 08054
bky@margolisedelstein.com
856-323-1100
Attorney for the Debtor

Order Filed on September 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Evette Skerrett

| | |
|---|---|
| Case No.: | 19-19346 |
| Chapter: | 13 |
| Hearing Date: | August 31, 2021 |
| Judge: | ABA |

## ORDER AUTHORIZING DISTRIBUTION

The relief set forth on the following pages, numbered two (2) through __TWO (2)__ is **ORDERED**.

**DATED: September 28, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:            Evette Skerrett
Case No.:          19-19346
Caption of Order:  Order Authorizing Distributing

This matter having come before the Court by Georgette Miller, Esquire, Attorney for Debtor on Debtor's Motion to Authorize Distribution of Settlement Proceeds, and the Court after hearing arguments of counsel; and for good cause having been shown; it is **ORDERED** as follows:

1. The Debtor's Motion to Authorize Distribution of Settlement Proceeds is hereby granted.

2. Debtor is authorized to be disbursed the net proceeds totaling $22,165.03, which is claimed as exempt, pursuant to 11 U.S.C. 522(d)(11)(D).

3. Debtor shall file an amended Schedules A/B and C within ten (10) days of the date of this Order.