Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-19346 (ABA)**

Evette Skerrett  
230 Chestnut Avenue  
Woodlyne, NJ  08107

Monthly Payment: $638.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/16/2021 | $630.00 | 03/09/2021 | $630.00 | 04/16/2021 | $630.00 | 05/11/2021 | $630.00 |
| 06/17/2021 | $630.00 | 07/14/2021 | $630.00 | 08/24/2021 | $630.00 | 10/05/2021 | $630.00 |
| 10/05/2021 | $630.00 | 12/02/2021 | $630.00 | 12/30/2021 | $630.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | EVETTE SKERRETT | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $1,031.10 |
| 1 | CAVALRY SPV I, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORPORATION | 24 | $3,001.28 | $1,074.17 | $1,927.11 | $556.04 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $997.39 | $0.00 | $997.39 | $0.00 |
| 4 | ROCKET MORTGAGE, LLC | 24 | $27,083.84 | $9,693.82 | $17,390.02 | $5,018.23 |
| 5 | REMEX INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,053.87 | $0.00 | $2,053.87 | $0.00 |
| 7 | SYNCB/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAVALRY SPV I, LLC | 33 | $858.72 | $0.00 | $858.72 | $0.00 |
| 9 | THD/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | VERIZON BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | GEORGETTE MILLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $674.84 | $0.00 | $674.84 | $0.00 |
| 16 | ROCKET MORTGAGE, LLC | 13 | $531.00 | $531.00 | $0.00 | $375.83 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2019 | 4.00 | $0.00 |
| 10/01/2019 | Paid to Date | $2,833.00 |
| 11/01/2019 | 55.00 | $638.00 |
| 06/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,930.00 |
| Total paid to creditors this period: | $6,981.20 |
| Undistributed Funds on Hand: | $1,154.16 |
| Arrearages: | $1,448.00 |
| Attorney: | GEORGETTE MILLER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**