ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 19-19346 (ABA)**

Evette Skerrett
230 Chestnut Avenue
Woodlyne, NJ  08107

Monthly Payment: $697.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/25/2022 | $630.00 | 02/23/2022 | $630.00 | 03/31/2022 | $630.00 | 04/22/2022 | $630.00 |
| 06/01/2022 | $2,118.00 | 08/30/2022 | $680.00 | 08/30/2022 | $680.00 | 10/20/2022 | $700.00 |
| 11/14/2022 | $700.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | EVETTE SKERRETT | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORPORATION | 24 | $3,001.28 | $1,865.07 | $1,136.21 | $518.13 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $997.39 | $0.00 | $997.39 | $0.00 |
| 4 | ROCKET MORTGAGE, LLC | 24 | $27,083.84 | $16,830.85 | $10,252.99 | $4,675.59 |
| 5 | REMEX INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,053.87 | $0.00 | $2,053.87 | $0.00 |
| 7 | SYNCB/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAVALRY SPV I, LLC | 33 | $858.72 | $0.00 | $858.72 | $0.00 |
| 9 | THD/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | VERIZON BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | GEORGETTE MILLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $674.84 | $0.00 | $674.84 | $0.00 |
| 16 | ROCKET MORTGAGE, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 06/01/2019 | 37.00 | $0.00 |
| 07/01/2022 | Paid to Date | $22,611.00 |
| 08/01/2022 | 22.00 | $697.00 |
| 06/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $7,398.00 |
| Total paid to creditors this period: | $5,193.72 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $725.00 |
| Attorney: | GEORGETTE MILLER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**