UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-19346 |
| Evette Skerrett | Chapter: | 13 |
| | Judge: | ABA |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

___Georgette Miller___, ___Esquire___, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, N.J. 08101
Courtroom 4B

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___July 25, 2023___ at ___10am___ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, ___Camden, NJ 08101___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal Injury Claim

Pertinent terms of settlement:
D/A: 5/8/21 (slip and fall)
AMOUNT OF SETTLEMENT: $19,900
COSTS:     305
ATTORNEY FEES:    6,531.66
UNPAID MEDICAL BILLS    0

NET TO CLIENT:  $13,063.34
PI Attorney: David M. Weissman, Esq.

Objections must be served on, and requests for additional information directed to:

Name: Georgette Miller, Esq.

Address: 1500 Market Street Suite 3500e Phildelphia, PA 19102

Telephone No.: 856-323-1100

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-19346-ABA
Evette Skerrett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Jun 27, 2023  Form ID: pdf905  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evette Skerrett, 230 Chestnut Ave., Woodlyne, NJ 08107-2104 |
| aty | | Stephen M. Tatonetti, DuBois, Sheehan, Hamilton, Levin etal, 511 Cooper Street, Camden, NJ 08102-1247 |
| 518322794 | + | Credit Acceptance Corporation, John R. Morton, Jr., Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518241216 | + | Quicken Loans Inc., Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518231878 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2023 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2023 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518242653 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 27 2023 21:11:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518231867 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2023 21:12:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 518236874 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2023 21:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518231868 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 27 2023 21:11:00 | Credit Acceptance Corp, Po Box 513, Southfield, MI 48037-0513 |
| 518351711 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2023 21:11:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518349124 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2023 21:21:31 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 518350264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2023 21:21:49 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518231869 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2023 21:21:43 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 518231871 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2023 21:12:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518312745 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2023 21:12:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518231872 | + | Email/Text: clientservices@remexinc.com | Jun 27 2023 21:12:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518231873 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 27 2023 21:21:56 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518231874 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 21:10:53 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518231875 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 21:21:32 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518233765 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 21:22:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518231876 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2023 21:21:31 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518231877 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 27 2023 21:11:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518231870 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Evette Skerrett bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |

| | |
|---|---|
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9