Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  19−19346−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Evette Skerrett
　230 Chestnut Ave.
　Woodlyne, NJ 08107
Social Security No.:
　xxx−xx−8933
Employer's Tax I.D. No.:

_____

## CERTIFICATION OF NO OBJECTION

　　I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed SETTLEMENT OF CONTROVERSY:

Description of Property (if applicable):

Personal Injury Claim

Dated: July 19, 2023
JAN: lgr

　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　Clerk