Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  19−19346−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Evette Skerrett
    230 Chestnut Ave.
    Woodlyne, NJ 08107

Social Security No.:
    xxx−xx−8933

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/23.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 23, 2023
JAN: as

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Evette Skerrett  
    Debtor

Case No. 19-19346-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 23, 2023      Form ID: 148      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evette Skerrett, 230 Chestnut Ave., Woodlyne, NJ 08107-2104 |
| aty | | Stephen M. Tatonetti, DuBois, Sheehan, Hamilton, Levin etal, 511 Cooper Street, Camden, NJ 08102-1247 |
| 518322794 | + | Credit Acceptance Corporation, John R. Morton, Jr., Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518241216 | + | Quicken Loans Inc., Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518231878 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2023 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518242653 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 23 2023 20:39:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518231867 | + | Email/Text: bankruptcy@cavps.com | Oct 23 2023 20:40:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 518236874 | + | Email/Text: bankruptcy@cavps.com | Oct 23 2023 20:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518231868 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 23 2023 20:39:00 | Credit Acceptance Corp, Po Box 513, Southfield, MI 48037-0513 |
| 518351711 | | EDI: PRA.COM | Oct 24 2023 00:30:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518349124 | | EDI: PRA.COM | Oct 24 2023 00:30:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 518350264 | | EDI: PRA.COM | Oct 24 2023 00:30:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518231869 | + | EDI: PRA.COM | Oct 24 2023 00:30:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 518231871 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 23 2023 20:40:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518312745 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 23 2023 20:40:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518231872 | + | Email/Text: clientservices@remexinc.com | Oct 23 2023 20:39:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518231873 | + | EDI: CITICORP.COM | | |

Case 19-19346-ABA  Doc 70  Filed 10/25/23  Entered 10/26/23 00:14:45  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2023 | Form ID: 148 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 24 2023 00:30:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518231874 | + | EDI: RMSC.COM | | |
| | | | Oct 24 2023 00:30:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518231875 | + | EDI: RMSC.COM | | |
| | | | Oct 24 2023 00:30:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518233765 | + | EDI: RMSC.COM | | |
| | | | Oct 24 2023 00:30:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518231876 | + | EDI: CITICORP.COM | | |
| | | | Oct 24 2023 00:30:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518231877 | + | EDI: VERIZONCOMB.COM | | |
| | | | Oct 24 2023 00:30:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518231870 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Evette Skerrett bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 23, 2023 | Form ID: 148 | Total Noticed: 24

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9