# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

*Joni L. Gray, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**

*\*Certified Bankruptcy Assistant*

January 31, 2024

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

      **RE:** **Chapter 13 Bankruptcy**  
            **Case No. 19-19346 (ABA)**  
            **Debtor(s) Name: Evette Skerrett**

Dear Judge Altenburg:

      Please accept this letter in lieu of a more formal objection to Debtor's Motion to Reopen Case, which is returnable Tuesday, February 27, 2024, at 10:00 a.m.

      Debtor's case was dismissed at the Trustee's Certification of Default hearing on October 23, 2023. The Court issued a Final Decree and closed the case on January 19, 2024. Five (5) days later, Debtor filed a Motion to Reopen Case with the Court. The Trustee objects.

      The debtor's motion is vague and only requests the Court to reopen her case. No other information regarding the debtor's intentions has been given. The Trustee notes that the reopening of the debtor's case will not vacate the Order Dismissing Case. A Motion to Vacate Dismissal Order has not been filed. The debtor does not state if she has delivered $6,083 to her counsel to bring her plan payments current through the payment due February.

      In the event the debtor's motion is granted, the Trustee requests the debtor be required to immediately file a Motion to Vacate Dismissal Order and only if the debtor has the funds necessary to bring the account current.

      As always, please feel free to contact this office with any questions or concerns.

                                               Respectfully submitted,

                                               *s/ Andrew B. Finberg*  
                                               Andrew B. Finberg  
                                               Chapter 13 Standing Trustee

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:

P.O. Box 1978  
Memphis, TN 38101-1978

ABF/jpa
cc: Georgette Miller (Via email & ECF/CM
Evette Skerrett (Via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of **2**