UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Lee, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

In Re:

Evette Skerrett

Case No.: 19-19346

Chapter: 13

Judge: ABA

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Michelle Lee, Esquire__ will be substituted as attorney of record for __Georgette Miller, Esquire__, as Counsel for Debtor in this case. [1]

Date: 2/21/2024

/s/ Georgette Miller
Signature of Former Attorney

Date: 2/21/2024

/s/ Michelle Lee
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.