UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE: Evette Skerett  :  CHAPTER 13
:
DEBTOR(S),  :  CASE NO. 19-19346

**PRAECIPE TO WITHDRAW MOTION**

To the Clerk,

    Kindly withdraw Debtor's Motion to Reopen filed on January 25, 2024, docket number 76.

Dated: February 21, 2024                    Respectfully Submitted,

                                              /s/ Michelle Lee

                                              Michelle Lee, Esquire
                                              Dilworth Paxson LLP
                                              1500 Market Street, Suite 3500E
                                              Philadelphia, PA 19102

{00362533;v1}